AO91 (Rev. 12/03) Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| | Case Number: 7:13-po-03056 |

Luis Ulises LOVO-Parada
IAE A205 993 747
El Salvador 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 11, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Luis Ulises LOVO-Parada was encountered by Border Patrol Agents near Penitas, Texas on April 11, 2013. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on April 11, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Pena Jr, Jose  Border Patrol Agent
Signature of Complainant

Pena Jr, Jose   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 12, 2013                                                         at     McAllen, Texas
Date                                                                              City/State

Dorina Ramos          U.S. Magistrate Judge
Name of Judge          Title of Judge                              Signature of Judge